# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MAYRA RAQUEL BARRIOS,<br><br>Defendant | Case No. 21-CR-2705-AJB<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment (ECF No. 10) shall be dismissed against Mayra Raquel Barrios without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: September 24, 2021

HON. ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE